# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| RANDOLPH WAYNE GARLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No. 1:24-cv-00007-NT |
| ) | |
| CHRISTINA NEWMAN, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On December 13, 2024, the United States Magistrate Judge filed with the Court, with copies to the parties, his Recommended Decision (ECF No. 25) on the Defendants' Motion for Summary Judgment (ECF No. 21). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.[1]

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 22nd day of January, 2025.

---

[1] A copy of the Recommended Decision was sent to the address on file for the Plaintiff, but it was returned as undeliverable. The Plaintiff has not contacted the Court since April 19, 2024. He did not file an opposition to the motion for summary judgment, and he did not file objections to the Recommended Decision. It is incumbent upon any litigant to keep the Court informed of any change of address.